07-21329.or4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21329-CIV-BROWN

**THIS IS A CONSENT CASE**

SANDS POINTE OCEAN BEACH
RESORT CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff(s),

v.

QBE INSURANCE CORPORATION,

    Defendant(s),
_____/

## ORDER RE: NOTICES OF UNAVAILABILITY

**THIS MATTER** came before this Court on the parties' Notices of Unavailability regarding a hearing set for February 11, 2009.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that - if the parties' trial goes forward and is still in progress on Monday, February 9, 2009, a "delegate" shall contact the undersigned's chambers and advise of same and the hearing will be re-scheduled. Otherwise it will remain as scheduled.

**DONE AND ORDERED** this 30th day of January, 2009, at Miami, Florida.

                                                    STEPHEN T. BROWN
                                                    UNITED STATES MAGISTRATE JUDGE

cc:  counsel of record